April 12, 1954.*

No. 606. Interstate Motor Freight System, Inc. v. Messner, Secretary of the Department of Revenue, et al.; and

No. 615. Shirks Motor Express Corp. v. Messner, Secretary of the Department of Revenue, et al.

*Per Curiam:* The motions to dismiss are granted and the appeals are dismissed for the want of a substantial federal question. *Frank A. Sinon* for appellants. *John R. Norris* was also for appellant in No. 615. *Frank F. Truscott,* Attorney General of Pennsylvania, and *Harry F. Stambaugh* for appellees. Reported below: 375 Pa. 450, 100 A. 2d 913.

No. 5, Original, October Term, 1950. New Jersey v. New York et al. The motion of the State of Delaware for leave to intervene and to file an answer to the amended petition of the City of New York for modification of the decree is granted and the answer is referred to the Special Master. *H. Albert Young,* Attorney General, and *Vincent A. Theisen,* Chief Deputy Attorney General, for the State of Delaware.

No. 431, Misc. Breeding v. Swenson, Warden. Petition for writ of certiorari to the Supreme Court of Minnesota denied. Motion for leave to file petition for writ of habeas corpus also denied.

---

*Mr. Justice Jackson took no part in the consideration or decision of the cases in which orders are this day announced.